The REPUBLIC OF THE PHILIPPINES, Plaintiff–Appellee,

v.

Diosdado C. ORDONEZ, et al., Defendants–Appellants.

No. 86–6093.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 10, 1988.

Decided Dec. 1, 1988.

Before BROWNING, Chief Judge, ANDERSON, SCHROEDER, FLETCHER, PREGERSON, ALARCON, CANBY, NORRIS, BEEZER, BRUNETTI and NOONAN, Circuit Judges.

This appeal is hereby dismissed.